IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01027-LTB

KYLE LEE HOUSTON,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 17, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 17th day of June, 2014.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/K Lyons
            Deputy Clerk